**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Richard Langan<br>Petitioner | CIVIL ACTION |
| V. | |
| John H. Smith, et al.<br>Respondent | NO.  1:17-cv-12095-PBS |

### ORDER OF DISMISSAL

SARIS, C.J.

In accordance with Court's Order dated May 31, 2018, granting respondent's motion to dismiss ( Docket No. 30, 35, and 42) , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

|   |   |
|---|---|
|   | By the Court, |
| 5/31/2018<br>Date | /s/ Katelyn Coppola<br>Deputy Clerk |